IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 17-cv-02632-WYD  Bankruptcy No. 12-17345-KHT

IN RE

GALEN LEMAR AMERSON

AND

FRANCES MOORER SCOTT,

    Appellants/Debtors.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The *pro se* Motion for Change of Venue (ECF No. 8) is **STRICKEN from the record.** On February 8, 2018, this matter was remanded to the United States Bankruptcy Court. Therefore, any motion or request related to this case must be filed with the Bankruptcy Court.

    Dated: February 20, 2018